U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 20 2011

CLERK, U.S. DISTRICT COURT
by _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA          )
                                  )
VS.                               )          CASE NO.:   3:11-CR-292- M (01)
                                  )
EDUARDO CALDERON-MOCTEZUMA        )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

EDUARDO CALDERON-MOCTEZUMA, by consent, under authority of United States v.

Dees, 125 F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has

entered a plea of guilty to Count(s) 1 of the Indictment.   After cautioning and examining

EDUARDO CALDERON-MOCTEZUMA under oath concerning each of the subjects mentioned

in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged is supported by an independent basis in fact containing each of the essential elements of

such offense.   I therefore recommend that the plea of guilty be accepted, and that EDUARDO

CALDERON-MOCTEZUMA be adjudged guilty and have sentence imposed accordingly.

Date:   December 20, 2011

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).